No. 97–1395.  PETRO STOPPING CENTERS, L. P. v. JAMES RIVER PETROLEUM, INC.  C. A. 4th Cir.  Certiorari denied.

No. 97–1406.  KIRLIN v. IOWA SUPREME COURT BOARD OF PROFESSIONAL ETHICS AND CONDUCT.  Sup. Ct. Iowa.  Certiorari denied.

No. 97–1420.  LAMADRID ALVAREZ v. LAMADRID ALVAREZ ET AL.  Ct. App. P. R.  Certiorari denied.

No. 97–1421.  WORLEY v. PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT BOARD.  Commw. Ct. Pa.  Certiorari denied.

No. 97–1423.  SMITH v. KAISER PERMANENTE MEDICAL GROUP, INC.  Sup. Ct. Cal.  Certiorari denied.

No. 97–1424.  TOLERSON v. AUBURN STEEL CO., INC., ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 97–1429.  RODITIS ET UX. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 97–1432.  GONZALEZ FIGUEROA ET AL. v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 97–1439.  OLIVER v. ARKANSAS.  Ct. App. Ark.  Certiorari denied.

No. 97–1449.  GUZMAN v. MILEY, DEPUTY REGIONAL DIRECTOR, DRUG ENFORCEMENT ADMINISTRATION, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 97–1461.  LITTLE ROCK NEWSPAPERS, INC. v. FITZHUGH.  Sup. Ct. Ark.  Certiorari denied.

No. 97–1463.  SHELL OFFSHORE, INC., ET AL. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–1473.  FABRIC ET AL. v. PROVIDENT LIFE & ACCIDENT INSURANCE CO.  C. A. 11th Cir.  Certiorari denied.